IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JESSICA DRUMM, Individually and for Others Similarly Situated<br><br>　　　　Plaintiff,<br><br>v.<br><br>BELLE FOUNTAIN NURSING & REHABILITATION CENTER, INC.,<br><br>　　　　Defendant. | Case No.: 2:23-cv-10987<br><br>Hon. Shalina D. Kumar<br><br>Hon. Curtis Ivy, Jr., Magistrate Judge |

**STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST BY BELLE FOUNTAIN NURSING & REHABILITATION CENTER, INC.**

Pursuant to E.D. Mich. LR 83.4, Belle Fountain Nursing & Rehabilitation Center, Inc. makes the following disclosures:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    No.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    No.

1

| | |
|---|---|
| Dated: August 8, 2023 | Respectfully submitted, |//

Dated: August 8, 2023

Respectfully submitted,

/s/ *Mark W. Wallin*

Christina M. Janice (P86372)
**BARNES & THORNBURG LLP**
171 Monroe Avenue, N.W., Suite 1000
Grand Rapids, Michigan 49503
Telephone: 616.742.3940
Fax: 616.742.3999
Christina.Janice@btlaw.com

Mark W. Wallin
**BARNES & THORNBURG LLP**
One N. Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: 312.214.4591
Mark.Wallin@btlaw.com

*One of the Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2023, a copy of the foregoing document was filed electronically and served by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Dated: August 8, 2023

Respectfully submitted,

/s/ *Mark W. Wallin*

Christina M. Janice (P86372)
**BARNES & THORNBURG LLP**
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, Michigan 49503
Telephone: 616.742.3976
Fax: 616.742.3999
Christina.Janice@btlaw.com

Mark W. Wallin
**BARNES & THORNBURG LLP**
One N. Wacker Drive, Suite 4400
Chicago, Illinois  60606
Telephone: 312.214.4591
Mark.Wallin@btlaw.com

*One of the Attorneys for Defendant*