UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JESSICA DRUMM, Individually and on Behalf of All Others Similarly Situated,**<br><br>**v.**<br><br>**BELLE FOUNTAIN NURSING & REHABILITATION CENTER, INC.** | Case No. 2:23-cv-10987-JJCG-CI |

## NOTICE OF SETTLEMENT

Plaintiff Jessica Drumm and Opt-in Plaintiff Amanda Antolak, in their individual capacities only, and Defendant Belle Fountain Nursing & Rehabilitation Center, Inc. hereby jointly notify the Court that the Parties have reached an agreement in principle to resolve Plaintiffs' claims.

In light of the settlement, the Parties respectfully request the Court stay all deadlines in the case. Consistent with the settlement, Plaintiffs will separately file a motion for an award of reasonable attorneys' fees and costs pursuant to 29 U.S.C. § 216(b), and anticipate doing so within 35 days of this Notice.

Respectfully and jointly submitted on January 27, 2025.

*/s/ William M. Hogg**
**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**William M. Hogg**
Texas Bar No. 24087733
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046

*/s/ Christopher P. Rubey*
Christina M. Janice (P86372)
**BARNES & THORNBURG LLP**
171 Monroe Avenue, N.W., Suite 1000
Grand Rapids, Michigan 49503
Tel: (616) 742-3976
christina.janice@btlaw.com

713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
whogg@mybackwages.com

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**Bruckner Burch pllc**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburg.com

**Jennifer L. McManus** (P65976)
**Fagan McManus pc**
25892 Woodward Avenue
Royal Oak, Michigan 58067-0910
248-542-6300 – Telephone
jmcmanus@faganlawpc.com

*Attorneys for Plaintiffs*

Mark W. Wallin
**Barnes & Thornburg, LLP**
One N. Wacker Drive, Suite 4400
Chicago, Illinois 60606
Tel: (312) 214-4591
mark.wallin@btlaw.com

Christopher P. Rubey (P85781)
**Barnes & Thornburg LLP**
201 South Main Street, Suite 400
South Bend, Indiana 46601-2130
Tel: (574) 237-1106
crubey@btlaw.com

*Counsel for Defendant*

* The filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## Certificate of Service

I hereby certify that on January 27, 2025, the foregoing document was served by CM/ECF electronic filing on all known partes.

/s/ William M. Hogg
William M. Hogg